MAC'S CAR CITY, INC. *v.* PELINO S. DiLORETO
(9412)

SPALLONE, DALY and O'CONNELL, Js.

Argued May 2—decision released May 28, 1991

*Vincent F. Sabatini,* for the appellant (defendant).
*Lisa J. Barry,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.